IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, ET AL., | |
| Plaintiffs, | No. C 10-02673 JSW |
| v. | |
| UNITED STATES DEFENSE ENERGY SUPPORT CENTER, ET AL., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO INTERVENE** |
| Defendants. | |

This matter is set for a hearing on November 12, 2010 on American Petroleum Institute, National Petrochemical and Refiners Association and Chamber of Commerce of the United States of America ("Proposed Intervenors"). The Court HEREBY ORDERS an opposition to the motion shall be filed no later than October 15, 2010 and a reply brief shall be filed by no later than October 22, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 30, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE